UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-62154-JEM

GARFIELD SPENCE,

       Plaintiff,

vs.

M & S Property Management Corp.

       Defendant(s).
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

    Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that all parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within twenty one (21) days of the filing of this Notice of Settlement.

    Dated this 11th day of January 2024.

Respectfully Submitted,

                      */s/ Alberto R. Leal*.
                      Alberto R. Leal, Esq., P.A.
                      Florida Bar No.: 1002345
                      E-Mail: albertolealesq@gmail.com
                      8927 Hypoluxo Rd. #157
                      Lake Worth, FL 33467
                      Phone: 954-637-1868
                      Attorney for Plaintiff